IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BETTY FROST                              )
                                         )
           PLAINTIFF,                    )
                                         )
VS.                                      )          NO. 1-04-1155-T
                                         )
ALLSTATE INSURANCE COMPANY               )
                                         )
           DEFENDANT.                    )

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This date came the parties in the above-captioned cause and stated unto the Court that all

issues had been resolved by way of compromise, and they jointly requested that the Court enter a

judgment of dismissal with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action

brought by Betty Frost be and the same is hereby dismissed with prejudice.

This the 30th day of September, 2005.

ENTER:

_____
Judge James D. Todd

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10-03-05



APPROVED FOR ENTRY:

Terry Abernathy BPR #008542
Attorneys for Plaintiff
P.O. Box 441
Selmer, Tn. 38375

Russell E. Reviere BPR #07166
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:04-CV-01155 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Terry Abernathy
ABERNATHY LAW FIRM
P.O. Box 441
Selmer, TN 38375

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT